**Order entered September 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00133-CV

### IN THE INTEREST OF M.H. AND T.H., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-26862**

## ORDER

At the request of court reporter Glenda E. Finkley, we extended the deadline for filing the reporter's record to August 22, 2019. To date, however, the record has not been filed. Accordingly, we **ORDER** the reporter's record be filed no later than September 24, 2019. As the reporter's record was first due March 6, 2019, we caution that no further extensions will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/    BILL WHITEHILL
        JUSTICE